JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GHAZARYAN,<br>    Plaintiff,<br><br>            v.<br><br>HOBBY LOBBY STORES, INC.,<br>et al.,<br>    Defendants. | CV 21-6177 DSF (MAAx)<br><br>Order GRANTING Motion to Remand (Dkt. 31) |

    On August 20, 2021, Plaintiff filed a first amended complaint (FAC) that added two non-diverse defendants.  Because this case was removed from state court, the addition of the defendants, if allowed, would require remand to state court.  Plaintiff now moves for remand.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.

    In a typical case, the Court would find that the ability to file the FAC as a matter of right under Rule 15(a) was superseded by 28 U.S.C. § 1447(e).  Section 1447(e) allows amendments that would destroy diversity only in the discretion of the district court.  "If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court."  28 U.S.C. § 1447(e).

    However, in this case, all three defendants answered the FAC, via two separate answers, rather than seeking to strike it.  One answer was filed on August 31 and the other was filed on September 14 – one day prior to the filing of the motion to remand.  There is no indication

in the record that any defendant objected to the filing of the FAC until the opposition to the motion to remand was filed on September 27 – over a month after the FAC was filed and almost a month after the first answer was filed.  In this context, the Court finds that defendants acquiesced to the filing of the FAC and the case should be remanded.

The motion to remand is GRANTED.  The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: October 15, 2021

Dale S. Fischer
United States District Judge